IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| L'TONYA MITCHELL | : | |
| 9922 Gay Drive | | |
| Upper Marlboro, MD  20772 | : | |
| | | |
|    Plaintiff | : | |
| | | |
| vs. | : | Civil No: |
| | | |
| DIPALI SHAH | : | |
| 13270 Catharpin Valley Drive | | |
| Gainesville, Virginia 20155 | : | |
| | | |
| And | : | |
| | | |
| V&B SHAH, LLC | : | |
| 13270 Catharpin Valley Drive | | |
| Gainesville, Virginia 20155 | : | |
| | | |
| Serve: CT Corporation System | : | |
|      1015 15th Street, NW, Suite 1000 | | |
|      Washington, DC  20005 | : | |
| | | |
| And | : | |
| | | |
| MCDONALD'S 7394 | : | |
| c/o V&B SHAH, LLC | | |
| 1539 Pennsylvania Avenue, SE | : | |
| Washington, DC  20003 | | |
| | : | |
| And | | |
| | : | |
| MCDONALD'S CORPORATION | | |
| 2111 McDonalds Drive, Dept. 28T | : | |
| Oakbrook, IL  60523 | | |
| | : | |
| Serve: Prentice-Hall Corporation System, Inc. | | |
|     1090 Vermont Ave NW | : | |
|     Washington, DC  20005 | | |
| | | |
|    Defendants | : | |

## COMPLAINT

### JURISDICTIONAL STATEMENT

The Plaintiff, L'Tonya Mitchell, respectfully moves the Court for Entry of Judgment against the Defendants, Dipali Shah; V&B Shah, LLC; McDonald's 7394 and McDonald's Corporation, individually and/or jointly and severally, upon the following grounds:

The Plaintiff is an adult resident and citizen of the State of Maryland. The Defendant, Dipali Shah, is an adult resident and citizen of the Commonwealth of Virginia. The Defendant, V&B Shah, LLC maintains an address in the Commonwealth of Virginia and is registered to do business in the District of Columbia; McDonald's 7394 is a District of Columbia trade name for V&B Shah, LLC in the District of Columbia and McDonald's Corporation is an entity whose principal address is in the State of Illinois and does business in the District of Columbia. The subject negligent occurred having occurred in the District of Columbia. Plaintiff's claim for money damages exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest, costs, etc. The Jurisdiction of this Honorable Court to hear and decide Plaintiff's claim is based upon diversity of citizenship.

### BASIS OF CLAIM
### COUNT I
### (NEGLIGENCE)

1. That on or about November 18, 2013 at approximately 3:30 pm., the Plaintiff, L'Tonya Mitchell, while exercising due care for her own safety, was a passenger in a motor vehicle in the drive through lane at the McDonald's located at 1539 Pennsylvania Avenue, SE in Washington, DC.

2. That at the same time and place aforementioned, the Defendants, either individually and/or jointly, owned, managed and/or maintained the McDonald's restaurant located at 1539 Pennsylvania Avenue, SE in Washington, DC.

3. That the Plaintiff at all times relevant herein was an invitee at the McDonald's restaurant located at 1539 Pennsylvania Avenue, SE in Washington, DC which was owned, managed and/or maintained by the Defendants herein either individually and/or jointly.

4. That at the same time and place aforementioned, it became and/or was the duty of said Defendants, each individually and/or jointly, to exercise reasonable care to keep the Plaintiff safe; to avoid causing injury to the Plaintiff; to properly operate the window/door at the drive-thru; to refrain from closing the window/door at the drive-thru on customer's hands and/or arms; to operate the window/door at the drive-thru in a safe and prudent manner and to exercise all duties and obligations owed to a customer and invitee at its restaurant establishment in the District of Columbia.

5. That notwithstanding the aforementioned duties, said Defendants, either individually and/or jointly, failed in the performance thereof, and, without warning, negligently and recklessly caused the Plaintiff's left hand to become ensnared and/or caught in the drive-up window/door at the subject McDonald's.

6. That as a direct and proximate result of the negligent acts of each said Defendant and/or of the joint negligence of the Defendants, either individually; jointly and severally and/or through their employees, agents and/or permittees, the Plaintiff, L'Tonya Mitchell, sustained severe personal injuries to her left arm; left hand and shock to her central nervous system.

7. That as a direct and proximate result of the negligence of each Defendant and/or of the Defendants' joint and several negligence, the Plaintiff has incurred, and will continue to incur, substantial expenses for medical care and attention.

**WHEREFORE,** the Plaintiff, L'Tonya Mitchell, claims of the Defendants, the Defendants, Dipali Shah; V&B Shah, LLC; McDonald's 7394 and McDonald's Corporation, individually and/or jointly and severally, damages in the amount of Five Hundred Thousand Dollars ($500,000.00) plus interest and costs of suit herein.

/s/Marvin Liss
**MARVIN LISS #433592**
5225 Wisconsin Avenue, N.W.
Suite 504
Washington, D.C.  20015
Phone (202) 237-6300
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| L'TONYA MITCHELL | : |
|   Plaintiff | : |
| vs. | :   Civil No: |
| DIPALI SHAH, et al. | : |
|   Defendants | : |

## JURY DEMAND

**COMES NOW** the Plaintiff, L'Tonya Mitchell, by and through her Attorney, Marvin Liss, and respectfully demands a trial by Jury upon all issues herein.

    /s/Marvin Liss
**MARVIN LISS #433592**
5225 Wisconsin Avenue, N.W.
Suite 504
Washington, D.C.  20015
Phone (202) 237-6300
Attorney for Plaintiff